UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAURENCE DE LEON LOMAZ, | ) | CASE NO. 5:03CV2609 |
| Plaintiff | ) | |
| v. | ) | JUDGE GAUGHAN |
| OHIO DEPARTMENT OF COMMERCE, DIVISION OF STATE FIRE MARSHALL, HUNTING NATIONAL BANK, et al., Defendants) | ) | |

**PLAINTIFF LOMAZ'S ANSWER TO COUNTERCLAIM OF DEFENDANT**

Comes now the Plaintiff, Laurence De Leon Lomaz, ("Lomaz"), and answers the counterclaim of the Defendant Huntington National Bank.

1. Defendant fails to state a claim.

2. Defendants counterclaim is vague and improper.

3. This Honorable Court lacks jurisdiction.

4. The Defendant is venue shopping.

5. Plaintiff denies the allegations contained in paragraph 1 of the Defendants counter claim.

6. Plaintiff denies allegations contained in paragraph 2 of the Defendants counter claim.

7. Plaintiff denies allegations contained in paragraph 3 of the Defendants counter claim.

8. Plaintiff denies allegations contained in paragraph 4 of the Defendants counter claim.

1.

9. Plaintiff is unable to answer the vague allegation in paragraph 5 of the counter claim.

10. Plaintiff finds the allegation in paragraph 6 of the counterclaim impossible to answer.

11. Plaintiff admits the case was transferred however denies any creditors forced the case to be transferred in paragraph 7 of the counterclaim.

12. Plaintiff admits the allegation in paragraph 8 of the counterclaim.

13. Plaintiff denies the allegation in paragraph 9 of the counterclaim.

14. Plaintiff admits the allegation in paragraph 10 of the counterclaim.

15. Plaintiff denies the allegation in paragraph 11 of the counterclaim.

16. Plaintiff denies the allegation in paragraph 12 of the counterclaim.

17. Plaintiff finds the allegations in paragraph 13 of the counterclaim impossible to answer.

18. Plaintiff finds the allegation in paragraph 14 of the counterclaim vague and impossible to answer.

19. Plaintiff denies the allegation in paragraph 15 of the counterclaim.

20. Plaintiff denies the allegation in paragraph 16 of the counterclaim.

21. Plaintiff denies the allegations of any frivolous filings in paragraph 17 of the counterclaim.

22. Plaintiff finds the allegations in paragraph 18 of the counterclaim vague and impossible to answer.

23. Plaintiff denies the allegation in paragraph 19 of the counterclaim.

24. Plaintiff denies the allegations in paragraph 20 of the counterclaim.

25. Plaintiff finds the allegation vague and impossible to answer in paragraph 21 of the counterclaim.

26. Plaintiff finds the allegation vague and impossible to answer in paragraph 22 of the counterclaim.

27. Plaintiff finds the allegation vague and impossible to answer in paragraph 23 of the counterclaim.

28. Plaintiff finds the allegation vague and impossible to answer in paragraph 24 of the counterclaim.

29. Plaintiff finds the allegation vague and impossible to answer in paragraph 25 of the counterclaim.

30. Plaintiff finds the allegation in paragraph 26 of the counterclaim impossible to answer, as Plaintiff does not have those files.

31. Plaintiff denies the allegation in paragraph 27 in the counterclaim.

32. Plaintiff denies writing any threatening letters to the receiver in paragraph 28 of the counterclaim however admits writing letters stating the Plaintiffs position.

33. Plaintiff denies the allegation in paragraph 29 in the counterclaim.

34. Plaintiff finds the allegation in paragraph 30 vague and impossible to answer in the counterclaim.

35. Plaintiff finds the allegation in paragraph 31 vague and impossible to answer in the counterclaim.

36. Plaintiff finds the allegation in paragraph 32 vague and impossible to answer in the counterclaim.

37. Plaintiff finds the allegations in paragraph 33 impossible to answer in the counterclaim.

38. Plaintiff finds the allegation impossible to answer in paragraph 34 of the counterclaim.

39. Plaintiff finds the allegation impossible to answer in paragraph 35 of the counterclaim.

40. Plaintiff finds the allegation impossible to answer in paragraph 36 of the counterclaim.

41. Plaintiff finds the allegation impossible to answer in paragraph 37 of the counterclaim.

42. Plaintiff finds the allegation impossible to answer in paragraph 38 of the counterclaim.

43. Plaintiff denies the allegation in paragraph 39 of the counterclaim.

44. Plaintiff denies the allegation in paragraph 40 of the counterclaim.

45. Plaintiff denies the allegations in paragraph 42 of the counterclaim. Judge Enlow already ruled against Defendant Huntington for summary judgment and now Huntington is filing in Federal Court in attempt to venue shop.

46. Plaintiff finds the allegation in paragraph 43 of the counterclaim impossible to answer.

47. Plaintiff denies the allegations in paragraph 44 of the counterclaim.

48. Plaintiff will seek costs and attorney fees for the improper filing of this counterclaim.

Respectfully Submitted,

Plaintiff, Laurence De Leon Lomaz, Pro Se
3900 Paradise Road
Suite R
Las Vegas, Nevada 89109
(216) 857-2034

CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2004 a copy of the forgoing was sent via regular U.S.Mail Service to the Defendant as listed in the compliant.

Laurence De Leon Lomaz