**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Lawrence De Leon Lomaz,** | ) | **CASE NO. 5:03 CV 2609** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Ohio Department of Commerce,** | ) | **Judgment Entry** |
| **Division of State Fire Marshal, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

    This Court, having issued its Memorandum of Opinion and Order granting The Huntington National Bank's Motion for Judgment on Plaintiff's Complaint under Rule 12(B)(6) and/or 12(C) or, in the Alternative, for Summary Judgment (Doc. 34) and The Huntington National Bank's Motion for Summary Judgment to Have a Plaintiff Declared a Vexatious Litigator and for Permanent Injunction (Doc. 36), hereby enters judgment for defendant.

    IT IS SO ORDERED.

                                                /s/ Patricia A. Gaughan
                                              PATRICIA A. GAUGHAN
Dated: 4/20/05                       United States District Judge