IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| Laurence De Leon Lomaz | : | Case No.  5:03-CV-02609 |
| | : | |
| Plaintiff | : | Judge:   Patricia A. Gaughan |
| v. | : | |
| | : | |
| Ohio Department of Commerce | : | |
| Division of State Fire Marshal, et al. | : | |
| | : | |
| Defendants | : | |

### MOTION OF LAURENCE DE LEON LOMAZ TO ALTER OR AMEND JUDGMENT DECLARING PLAINTIFF A VEXATIOUS LITIGATOR
### (ORAL ARGUMENT REQUESTED)

NOW COMES the plaintiff Laurence De Leon Lomaz ("Lomaz")  by and through his undersigned counsel, and moves this Honorable Court pursuant to Fed. R. Civ. P. 59(e), to alter or amend this Court's order dated April 20, 2005 concerning defendant Huntington National Bank's ("HNB") motion for summary judgment to have plaintiff declared a vexatious litigator and for permanent injunction.

In particular, Lomaz requests that this Court alter or amend the April 20, 2005 order to reflect that at a minimum a finding that plaintiff is a vexatious litigator is not applicable to those matters in which plaintiff is represented by licensed attorneys at law, and which are pending

2904-08\Motion-Alter-Amend-Judgment.1

before tribunals other than in the State of Ohio courts of common pleas, municipal courts, and county courts, as provided by ORC§2323.52.  Further, Lomaz submits that this Court should alter or amend the order of April 20, 2005, to the extent that it found Lomaz to be a vexatious litigator at all, and imposed a permanent injunction against Lomaz from appearing as a *pro se* litigant on his own behalf, based upon a glaring inadequacy of factual and legal grounds provided by HNB in support of such a draconian result.

A memorandum in support of the motion of Lomaz to alter or amend the Court's order is separately submitted herewith.  Further, Lomaz respectfully requests that this Court permit oral argument on this motion.

Respectfully submitted:

/s/ Alexander Jurczenko
Alexander Jurczenko (0030918)
The Hilliard Building, Second Floor
1415 West Ninth Street
Cleveland, Ohio  44113
Telephone: (216) 771-4650
Facsimile: (216) 771-4629
E-Mail: a.jurczenko@gte.net

and

/s/ Eric R. Waite
Eric R. Waite (0068087)
520 South Main Street, Suite 2518
Akron, Ohio 44311
(330) 762-6334

Attorneys for Laurence De Leon Lomaz, Plaintiff