# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | Case No. 5:03-cv-02609 |
| | : | |
| Laurence De Leon Lomaz | : | Judge: Patricia A. Gaughan |
| | : | |
| Plaintiff/Appellant | : | |
| v. | : | **NOTICE OF APPEAL** |
| | : | |
| Ohio Department of Commerce | : | |
| Division of State Fire Marshal, et al. | : | |
| | : | |
| Defendants/Appellees | : | |

NOW COMES the Appellant Laurence De Leon Lomaz ("Appellant") by and through his attorney, and hereby gives notice of appeal to the United States Court of Appeals for the Sixth Circuit, from the orders of District Judge Patricia A. Gaughan filed on June 9, 2005 and April 20, 2005, respectively denying Appellant's Motion to Alter or Amend Judgment; and, Declaring Plaintiff a Vexatious Litigator. Copies of the orders filed on June 9, 2005 and April 20, 2005 are attached hereto as Exhibit "A", "B", "C", and "D", respectively.

                                      Respectfully submitted:

                                      LAW OFFICES OF ALEXANDER JURCZENKO
                                      /s/ Alexander Jurczenko
                                      Alexander Jurczenko (0030918)
                                      The Western Reserve Building
                                      1468 West Ninth Street, Suite 750
                                      Cleveland, Ohio 44113
                                      Telephone: (216) 771-4650
                                      Facsimile: (216) 771-4629
                                      E-Mail: a.jurczenko@verizon.net
                                      Attorney for Laurence De Leon Lomaz, Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed electronically this 8th day of July, 2005.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

      /s/ Alexander Jurczenko
Alexander Jurczenko (0030918)
Attorney for Laurence De Leon Lomaz, Plaintiff