UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Laurence De Leon Lomaz, | ) | CASE NO. 5:03 CV 2609 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| vs. | ) | |
| | ) | |
| Ohio Department of Commerce, | ) | <u>Order</u> |
| Division of State Fire Marshal, et al., | ) | |
| Defendants. | ) | |

This matter is before the Court upon Motion of Defendant Huntington National Bank for Order to Show Cause why Laurence De Leon Lomaz and Attorney Eric R. Waite Should Not Be Held in Contempt for Violating this Court's Order or in the Alternative for Sanctions (Doc. 95). For the following reasons, the motion is denied as unnecessary.

This Court previously ordered that the filing of any additional proceedings in violation of this Court's Vexatious Litigator Order will automatically be deemed stricken. Therefore, the Supplemental Brief is stricken. As for the two Subject Appeals, the courts of appeals for the Eighth Appellate District (Case No. CA-05-086822) and Eleventh Appellate District (Case No. 2005-P-75) are hereby put on notice that plaintiff Lomaz has failed to dismiss his

1

appeals as previously ordered by this Court. Therefore, the courts of appeals must dismiss the appeals as they were filed in violation of this Court's Vexatious Litigator Order.

IT IS SO ORDERED.


       /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge


Dated: 8/17/06